APPENDIX G



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDWARD J. JACOBS, IND AND AS
ADMIN OF THE ESTATE OF DENISE
M. JACOBS, DECEASED
   v.

GLOBE LIFE AND ACCIDENT
AND INSURANCE COMPANY

Civil Action No: __15__ __3590__

## DISCLOSURE STATEMENT FORM

Please check one box:

☐    The nongovernmental corporate party, _____ , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒    The nongovernmental corporate party, Globe Life and Accident Ins. Co. , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Pursuant to Fed.R.Civ. 7.1, Defendant hereby discloses that Globe Life and Accident Insurance Company is the only ~~affiliated company which is publicly traded.~~

6/25/2015
Date

Signature

Counsel for: Defendant, Globe Life and Accident Insurance Company

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)    identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

        (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)    promptly file a supplemental statement if any required information changes.