# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD V. JACOBS, Individually and as Administrator of the Estate of Denise M. Jacobs, deceased,<br><br>            Plaintiff,<br><br>v.<br><br>GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>            Defendant. | CIVIL ACTION<br><br>NO. 15-3590 |

## ORDER

**AND NOW**, this *11th* day of *August*, 2015, upon consideration of Plaintiff Edward V. Jacobs's Motion to Remand (Docket No. 4), Plaintiff's Supplemental Memorandum of Law in Support of Motion to Remand (Docket No. 7), and Defendant Globe Life and Accident Insurance Company's Response (Docket No. 9), it is hereby **ORDERED** that the Motion to Remand is **GRANTED** and the case is **REMANDED** to the Philadelphia County Court of Common Pleas.

It is **FURTHER ORDERED** that Defendant's Motion to Dismiss (Docket No. 3) is **DENIED AS MOOT**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.